```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                       Case No. 11-48615-WJL
Charles Witherspoon                                          Chapter 13
Elizabeth Witherspoon
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0971-4          User: tleyba              Page 1 of 2              Date Rcvd: Jun 15, 2012
                              Form ID: pdfeo            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2012.
db/jdb        Charles Witherspoon,   Elizabeth Witherspoon,   45327 Onondaga Dr.,   Fremont, CA  94539-6742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2012 at the address(es) listed below:

        Arnold L. Graff    on behalf of Creditor   Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB agraff@piteduncan.com,   ecfcanb@piteduncan.com
        Cynthia J. Nelson    on behalf of Debtor Charles Witherspoon c3jnelson@gmail.com, cjn@nelsonwegner.com
        Devin  Derham-Burk    ctdocs@ch13sj.com
        Farand C. Kan    on behalf of Creditor   Alameda County Treasurer-Tax Collector farand.kan@acgov.org,   dalia.liang@acgov.org
        Julia M. Wei    on behalf of Creditor Barton Dreyer ecf-bk@brewerfirm.com
        Matthew J. Pero    on behalf of Creditor   Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage,  FSB, f/k/a World Savings Bank, FSB mpero@afrct.com,   bcruz@afrct.com
        Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,   ltroxas@hotmail.com
        TOTAL: 7

1 Martha G. Bronitsky
Chapter 13 Standing Trustee
2 6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
3 (925) 621- 1900

4 Trustee for Debtor(s)

**Entered on Docket
June 14, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes
the order of the court. Signed June 14, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Charles Witherspoon<br>Elizabeth Witherspoon | 11-48615-WJL13 |
| Debtor(s) | In Proceedings Under Chapter 13 of the Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
CASE TRANSFERRED**

This proceeding having heretofore been ordered Transferred and Martha G. Bronitsky, Chapter 13 Standing Trustee, having filed her Final Report and Account, after notice and good cause appearing,

IT IS HEREBY ORDERED that said report and account be, and the same hereby is allowed as filed, and the said Trustee is hereby discharged of her trust and her bond is released.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Charles Witherspoon |
| | Elizabeth Witherspoon |
| | 45327 Onondaga Dr |
| 4 | Fremont, CA 94539-6742 |
| 5 | (Debtor(s)) |

Charles Witherspoon
Elizabeth Witherspoon
45327 Onondaga Dr
Fremont,CA 94539-6742

(Debtor(s))

Nelson Wegner
580 California St #1200
San Francisco,CA 94104

(Counsel for Debtor)