GREGORY CHARLES, ESQ., BAR NO. 208583
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233
gcharles@campeaulaw.com

Counsel for Plaintiffs

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLES WITHERSPOON AND ELIZABETH C. WITHERSPOON<br><br>DEBTORS. | Case Nos. 06-52719<br>11-48615<br><br>Chapter 13<br><br>Adversary No. 08-05205 |
| WITHERSPOON ET AL<br>    PLAINTIFFS,<br>V.<br>WORLD SAVINGS BANK ET AL,<br>    DEFENDANT. | **Status Report and Opposition to Dismissal** |

At the Status Conference on July 13, 2011, the undersigned counsel advised the Court that the underlying bankruptcy had been dismissed, but the plaintiffs intended to file another Chapter 13 proceeding. As a result, the Court stated that it would dismiss the case without prejudice but stay the order for 60 days allowing the plaintiffs to file another case. The plaintiffs filed a Chapter 13 proceeding on August 11, 2011, and the matter is assigned to Judge Lafferty bearing Case No. 11-48615. Accordingly, the

1 | matter is not properly dismissed and should proceed.

2 | Dated: September 13, 2011            CAMPEAU GOODSELL SMITH
                                         A Law Corporation
3
4 |                                      By: /s/ Gregory Charles
5 |                                         Gregory Charles
                                            Attorneys for the Plaintiff

# CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party, and employed at 440 North 1st Street, Ste. 100, San Jose, CA 95112. I am familiar with the processing of documents for delivery noted below. I caused to be served the following on the date listed below: Status Report and Opposition to Dismissal

By the following means:

U.S. MAIL – I placed copies in envelopes that were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Envelopes will be deposited with the U.S. Postal Service at San Jose, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed.

E-MAIL: Pursuant to an agreement of the parties, I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below.

✓ ECF: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic court filing system maintained by the court in this action.

HAND DELIVERY: I caused the documents to be hand delivered to the addressee.

On this person or persons:

Mark T. Flewelling  
199 S Los Robles Ave. #600  
Pasadena, CA 91101  
(626) 535-1900  
mflewelling@afrct.com

Matthew J. Pero  
199 S. Los Robles Ave. #600  
Pasadena, CA 91101  
(626)535-1900  
mpero@afrct.com

On September 13, 2011, I declare that the above is true and correct.