GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Plaintiffs

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case No. 11-48615 |
| CHARLES WITHERSPOON AND ELIZABETH C. WITHERSPOON | Chapter 13 |
| debtors. | Adversary No. 08-05205 |
| | CONFERENCE STATEMENT. |
| WITHERSPOON ET AL | DATE: 5/31/2013<br>TIME: 03:15 PM<br>COURTROOM 3020 |
| Plaintiffs, | |
| v. | |
| WORLD SAVINGS BANK ET AL, | |
| Defendants | |

I. STATUS

The Witherspoons have indicated that they no longer desire my services. I have not been contacted by new counsel, so I assume that they intend to prosecute this matter pro se. I have sent to them the attached substitution form and will file it for them electronically upon receipt. This matter is not set for trial and there are no impending deadlines.

## II. RECOMMENDATION

Please continue the matter for 60 days, so the substitution can be filed and the Witherspoons can make all necessary arrangements.

Dated: May 30 23, 2013                                    Law Offices of Gregory Charles

                                                          By:   s/ Gregory Charles
                                                                Gregory Charles
                                                                Attorneys for the Plaintiffs

**Certificate of Service**

I am over eighteen years of age, not a party in this action, and employed in Santa Clara County, California. I am readily familiar with the processing of pleadings for delivery via electronic mail.

I caused to be served the following on the date listed below:

1. Case Management Conference Statement

__X__ If VIA E-MAIL OR ELECTRONIC TRANSMISSION: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of Califonia.

| Matthew J. Pero<br>Anglin Flewelling Rasmussen Campbell<br>199 S. Los Robles Ave. #600<br>Pasadena, CA 91101<br>Email: mpero@afrct.com | Charles and Elizabeth Witherspoon<br>via email eliwit@comcast.net<br>45327 Onodaga Avenue<br>Fremont, CA 94539 |
|---|---|

I declare that I reside in Santa Clara County and I am over the age of 18 years and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

May 30, 2012                                       s/ Gregory Charles

| | |
|---|---|
| GREGORY J. CHARLES, ESQ. #208583<br>Law Offices of Gregory Charles<br>2131 The Alameda, Suite C-2<br>San Jose, CA 95126<br>P: 408.493.0363<br>F: 408.852.0233<br>greg@gregcharleslaw.com<br>Counsel for Plaintiffs | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLES WITHERSPOON AND ELIZABETH C. WITHERSPOON<br><br>DEBTORS.<br><br>WITHERSPOON ET AL<br>    PLAINTIFFS,<br>    V.<br>WORLD SAVINGS BANK ET AL,<br>    DEFENDANTS | Case No. 11-48615<br><br>Chapter 13<br><br>Adversary No. 08-05205<br><br>SUBSTITUTION OF COUNSEL<br><br>NO HEARING |

We, Charles and Elizabeth Witherspoon, hereby request that the Law Offices of Gregory Charles and Gregory Charles be relieved as counsel of record. We can be contacted via phone and mail at the following address and number.

Address    _____

                     _____

                     _____

Phone      _____

Exhibit 1
Page 1 of 2

| | |
|---|---|
| 1    Date:_____ | _____ |
| 2 | Charles Witherspoon |

Date:_____ _____

Elizabeth Witherspoon

Dated: May 30 23, 2013    Law Offices of Gregory Charles

By: *[signature: Gregory Charles]*
    Gregory Charles
    Attorneys for the Plaintiffs

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126