GREGORY J. CHARLES, ESQ. #208583
Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126
P: 408.493.0363
F: 408.852.0233
greg@gregcharleslaw.com
Counsel for Plaintiffs

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: | Case No. 11-48615 |
|---|---|
| CHARLES WITHERSPOON AND ELIZABETH C. WITHERSPOON | Chapter 13 |
| debtors. | Adversary No. 08-05205 |
| WITHERSPOON ET AL | DECLARATION OF GREGORY J CHARLES IN SUPPORT OF MOTION TO WITHDRAW |
| PLAINTIFFS, | DATE: 8/22/2013 |
| V. | TIME: 03:00 PM |
| WORLD SAVINGS BANK ET AL, | COURTROOM 3020 |
| DEFENDANTS | |

I, Gregory J. Charles, declare and say:

1. I am an attorney at law duly licensed to practice before the courts of the State of California. I am counsel for the party identified above. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

2. The plaintiffs terminated movant in writing.

3. Further, the plaintiffs filed a case management statement in this matter acknowledging this fact. Further, the plaintiffs have picked up their file.

4. This case is not set for trial. Further, there are no set deadlines regarding

Declaration of Gregory Charles

1

1  discovery. Therefore, the plaintiff will suffer no prejudice if an order is issued relieving
2  counsel in this matter.
3      I declare under penalty of perjury under that the foregoing is true and correct.
4  This declaration was executed in Santa Clara County, California.

Dated: June 12, 2013            s/ Gregory Charles
                                          Gregory Charles

| | |
|---|---|
| | **Certificate of Service** |
| 1 | |
| 2 | I am over eighteen years of age, not a party in this action, and employed in |
| 3 | Santa Clara County, California. I am readily familiar with the processing of pleadings |
| 4 | for delivery via electronic mail. |
| 5 | I caused to be served the following on the date listed below: |

1. DECLARATION OF GREGORY J CHARLES IN SUPPORT OF MOTION TO WITHDRAW
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW
3. MOTION TO WITHDRAW, AND
4. NOTICE OF HEARING ON MOTION TO WITHDRAW

__X__  If VIA E-MAIL OR ELECTRONIC TRANSMISSION: I caused the document[s] to be sent to the person[s] at the e-mail address[es] listed below through the electronic filing system of the Northern District of California.

| |
|---|
| **Matthew J. Pero** |
| Anglin Flewelling Rasmussen Campbell |
| 199 S. Los Robles Ave. #600 |
| Pasadena, CA 91101 |
| Email: mpero@afrct.com |

Served By Means Other Than The Court's CM/ECF System:

Debtors/Plaintiffs

Charles and Elizabeth C. Witherspoon

45327 Onondaga Drive

Fremont, CA 94539

By placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid, in the United States Mail at San Jose, California, to all parties entitled to receive regularly mailed notices, addressed as noted above.

I further served copies of these pleadings via electronic mail at the following address: Elizabeth Witherspoon <eliwit@comcast.net>

I declare that I reside in Santa Clara County and I am over the age of 18 years and not a party to the within entitled cause. My address is listed in the pleadings filed herewith.

June 12, 2013.                          s/ Gregory Charles

Law Offices of Gregory Charles
2131 The Alameda, Suite C-2
San Jose, CA 95126